KIMBERLY KAUFMAN v. EARL P. LEWIS.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT R. DRAGUSTINE.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS ZELTNER.

May 24, 1985.

Petition for certification denied.

NELSON CAMACHO v. NEWARK HOUSING AUTHORITY.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MILLS BOONE.

May 24, 1985.

Petition for certification denied.